IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

$15,830.00 U.S. CURRENCY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  13-cv-699-bbc

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment of forfeiture is entered in favor of plaintiff United States of America dismissing the claim of Gary Elmer and conveying all right to title and interest in defendant $15,830.00 U.S. currency to plaintiff.

/s/

Peter Oppeneer, Clerk of Court

3/19/2015

Date